UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDY RUSSELL GLOVER,

        Petitioner,

-v-                                    No. 07- CV -11305
                                      Hon. Patrick J. Duggan

MILLICENT WARREN, Warden,

        Respondent.
_____/

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, as follows:

1. That it is in the best interest of justice that the habeas corpus petition in this case be decided on the merits of the grounds asserted therein (and the merits of any issue as to whether those grounds were adequately preserved for habeas corpus review); and

2. That, accordingly, the Respondent's Motion for Summary Judgment on the basis of the untimeliness of that petition be withdrawn.

                              Respectfully submitted,

| | |
|---|---|
| s/Mark J. Kriger (P30298) | s/Brad H. Beaver (P48649) (w/permission) |
| LaRene & Kriger, P.L.C. | Assistant Attorney General |
| Attorneys for Sandy Russell Glover | Appellate Division |
| 1717 Penobscot Building | P.O. Box 30217 |
| 645 Griswold Street | Lansing, MI 48909 |
| Detroit, Michigan 48226 | (517) 373-4875 |
| (313) 967-0100 | E-Mail: beaverb@michigan.gov |
| E-Mail: mkriger@sbcglobal.net | |

DATED: June 13, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDY RUSSELL GLOVER,
                Petitioner,

  -v-                                                  No. 07- CV -11305
                                                           Hon. Patrick J. Duggan

MILLICENT WARREN, Warden,
                Respondent.
_____/

**ORDER**
AT A SESSION OF SAID COURT
Held this 13th Day of June, 2008
At the United States Courthouse,
Detroit, Michigan.

PRESENT: The Hon. Patrick J.Duggan
                      United States District Judge

UPON THE READING AND FILING OF THE ABOVE STIPULATION, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that the Respondent's Motion for Summary Judgment on the basis of the untimeliness of that petition be, and the same hereby is withdrawn; and

IT IS FURTHER ORDERED that the petition will be decided on the merits of the grounds asserted therein (and the merits of any issue as to whether those grounds were adequately preserved for habeas corpus review); Respondent may file a response to the petition on or before August 1, 2008.

SO ORDERED.

                                    S/Patrick J. Duggan
                                    Patrick J. Duggan
                                    United States District Judge
Dated: June 13, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 13, 2008, by electronic and/or ordinary mail.
                                  S/Marilyn Orem
                                  Case Manager