UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANDY RUSSELL GLOVER,
    Petitioner,

Civil No: 07-CV-11305
Honorable Patrick J. Duggan

v.

CARMEN PALMER,
    Respondent.
_____/

## JUDGMENT

Petitioner, a Michigan Department of Corrections' inmate, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges his August 31, 2000 conviction for assault with intent to do great bodily harm less than murder in violation of Michigan Compiled Laws Section 750.84 and malicious destruction of personal property greater than $200.00 in violation of Michigan Compiled Laws Section 750.377a(1)(c)(i). In and Opinion and Order entered on this date, the Court held that Petitioner is not entitled to a writ of habeas corpus.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

DATE: March 29, 2010                      s/PATRICK J. DUGGAN
                                                UNITED STATES DISTRICT JUDGE

Copies to:
Mark Kriger, Esq.
Brad H. Beaver, Esq.